OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS



OFFICIAL BUSINESS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 787 POSTAGE ≫ PITNEY BOWES
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401682 SEP. 24. 2015

9/23/2015
EDWARDS, JACKIE GLENN Tr. Ct. No. 644224-C          WR-58,936-03

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

UTF

JACKIE GLENN EDWARDS
GURNEY UNIT - TDC #667881
1385 FM 3328
PO BOX 6400
TENNESSEE COLONY, TX 75861

U TF

75861